WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
CALVIN VAN HUYNH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR 3:17-cr-00106 SI |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; |
| v. | [PROPOSED] FINDINGS AND ORDER |
| CALVIN VAN HUYNH, | DATE:  June 9, 2017 |
| Defendant. | TIME:  10:00 a.m. |
| | COURT:  Hon. Susan Illston |

With the Court's permission, defendant Calvin Van Huynh and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 9, 2017;

2. By this stipulation, defendant now moves to continue the status conference until July 7, 2017, and to exclude time between June 9, 2017, and July 7, 2017. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant desires additional time to conduct investigation and research related to the charges, to review and copy discovery for this matter

1         and to otherwise prepare for trial.

2       b.  Counsel for defendant believes that failure to grant the above-requested

3          continuance would deny him/her the reasonable time necessary for effective

4          preparation, taking into account the exercise of due diligence.

5       c.  The government does not object to the continuance.

6       d.  Based on the above-stated findings, the ends of justice served by continuing

7          the case as requested outweigh the interest of the public and the defendant in a

8          trial within the original date prescribed under the Speedy Trial Act.

9       e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

10         3161, et seq., within which the trial date must commence, the time period of

11         June 9, 2017 to July 7, 2017, inclusive, is deemed excludable pursuant to 18

12         U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted

13         by the Court at defendant's request on the basis of the Court's finding that the

14         ends of justice served by taking such action outweigh the best interest of the

15         public and the defendant in a speedy trial.

16    4.  Nothing in this stipulation and order shall preclude a finding that other provisions

17     of the Speedy Trial Act dictate that additional time periods are excludable from

18     the period within which a trial must commence.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1      IT IS SO STIPULATED.

2                            */s/ William J. Portanova*

DATED:  June 06, 2017

3                            WILLIAM J. PORTANOVA

4                            Attorney for Defendant
                             CALVIN VAN HUYNH

5

6 DATED:  June 06, 2017             */s/ Randall Leonard*

7                            RANDALL LEONARD

8                            Assistant United States Attorney

9

10      **IT IS SO FOUND AND ORDERED.**

11 DATED:  ___June 6___, 2017

12                            THE HONORABLE SUSAN ILLSTON
                           Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28